United States District Court
Southern District of Texas
**ENTERED**
April 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFF SAMUELS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-04687 |
| | § | |
| PHH MORTGAGE CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is Defendants' Motion for Summary Judgment (the "Motion"). Doc. #38. The Court finds that the Motion does not comply with Rule B.5(a) of this Court's Procedures and Practices. Specifically, all authority must be cited within the body of the document and not footnoted. Accordingly, it is hereby ORDERED that the Motion (Doc. #38) be STRICKEN from the record.

Defendants may refile an amended Motion in accordance with Rule B.5 within seven (7) days of the entry of this Order.

It is so ORDERED.

APR 1 6 2025
Date

The Honorable Alfred H. Bennett
United States District Judge